NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3239

ERNESTINE YOUTSLER,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Norman Jackman, Jackman & Roth LLP, of Cambridge, Massachusetts, agrued for petitioner.

Ellen M. Lynch, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Franklin E. White, Jr., Assistant Director. Of counsel on the brief was Jo Ann Chabot, Office of the General Counsel, Office of Personnel Management, of Washington, DC.

Appealed from: United States Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3239

ERNESTINE YOUTSLER,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

In CASE NO(S).      SF0831060632-I-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, SCHALL and PROST, <u>Circuit Judges</u>).

**AFFIRMED.**  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED  <u>December 10, 2007</u>      <u>/s/ Jan Horbaly</u>

                 *Jan Horbaly, Clerk*